

FILED
CLERK, U.S. DISTRICT COURT
DEC 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:08-MJ 2896 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| IVAN LEE ANDREWS | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or
(B) ☒ the safety of any person or the community.

//
//

1  The court concludes:

2  A.  [X]  Defendant poses a risk to the safety of other persons or the community
3         because defendant has not demonstrated by clear and convincing
4         evidence that:
5         _he is not a danger due_
6         _to his criminal history_
7         _and possible mental_
8         _health issues_

10 (B)  [X]  Defendant is a flight risk because defendant has not shown by clear
11        and convincing evidence that:
12        _he will not flee because_
13        _there are no adequate_
14        _bail resources, possible_
15        _mental health issues + current_
16        _allegations._

17  IT IS ORDERED that defendant be detained.

19  DATED: 12/4/08

        _[signature]_
        ~~STEPHEN J. HILLMAN~~
        UNITED STATES MAGISTRATE JUDGE

2